

**T**HE **C**ITY OF **N**EW **Y**ORK

ZACHARY W. CARTER
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY  10007

KAVIN THADANI
*Senior Counsel*
phone: (212) 356-2351
fax: (212) 356-3509
email: kthadani @law.nyc.gov

May 20, 2016

**BY ECF**

Honorable Eric N. Vitaliano
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re: <u>Waithe v. City of New York, et al.</u>, No. 1:15-cv-06651-ENV-RML

Your Honors:

  I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter.

  Defendants respectfully write to advise the Court that the parties have, in principle, reached an agreement to settle this action.  Accordingly, we anticipate filing a Stipulation and Order of Dismissal in relatively short order.  In light of this settlement, the parties respectfully request that all upcoming conferences and deadlines be adjourned *sine die*.

  Thank you for your attention to this matter

- 2 -

Respectfully,

/s/ Kavin Thadani_____

Kavin Thadani
Senior Counsel
Special Federal Litigation Division

cc: **BY ECF**
Samuel Cohen, Esq.
*Attorney for Plaintiff*